UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RAFIE A. LEE,**

    Petitioner,

v.                                  CASE NO. 3:16cv97-MCR/CAS

**JULIE L. JONES, Secretary,
Department of Corrections,**

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the Report and Recommendation of the magistrate judge dated February 16, 2017. ECF No. 28. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 28, is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus, ECF No. 10, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 25th day of May 2018.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**